# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE      :    NO.  490
MAGISTERIAL DISTRICTS WITHIN THE    :
24th JUDICIAL DISTRICT OF THE       :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA        :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 24th Judicial District (Blair County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Blair County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 24-1-02<br>Magisterial District Judge Benjamin F. Jones | City of Altoona (Wards 3, 4, 5, 6, 9, 12, and 14) |
| Magisterial District 24-1-03<br>Magisterial District Judge Daniel C. DeAntonio | City of Altoona (Wards 1, 2, 7, 8, 10, 11, 13) |
| Magisterial District 24-3-01<br>Magisterial District Judge Fred B. Miller | Antis Township<br>Bellwood Borough<br>Tyrone Township<br>Snyder Township<br>Tyrone Borough |
| Magisterial District 24-3-02<br>Magisterial District Judge Matthew S. Dunio | Allegheny Township<br>Logan Township<br>Tunnelhill Borough |

| | |
|---|---|
| Magisterial District 24-3-03<br>Magisterial District Judge Paula M. Aigner | Blair Township<br>Catharine Township<br>Duncansville Borough<br>Frankstown Township<br>Hollidaysburg Borough<br>Newry Borough<br>Williamsburg Borough<br>Woodbury Township |
| Magisterial District 24-3-04<br>Magisterial District Judge Andrew L. Blattenberger | Freedom Township<br>Greenfield Township<br>Huston Township<br>Juniata Township<br>Martinsburg Borough<br>North Woodbury Township<br>Roaring Spring Borough<br>Taylor Township |